**No. 09-10428. Miguel Ortiz, Petitioner v. United States.**

560 U.S. 932, 130 S. Ct. 3348, 176 L. Ed. 2d 1240, 2010 U.S. LEXIS 4359.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 359 Fed. Appx. 984.

**No. 09-981. Johnson Controls, Inc., et al., Petitioners v. Jonathan Miller, Secretary, Kentucky Finance and Administration Cabinet, et al.**

560 U.S. 935, 130 S. Ct. 3324, 176 L. Ed. 2d 1240, 2010 U.S. LEXIS 4206.

May 24, 2010. Petition for writ of certiorari denied. Justice Breyer took no part in the consideration or decision of this petition.

Same case below, 296 S.W.3d 392.

**No. 09-1006. Microsoft Corporation, Petitioner v. Lucent Technologies, Inc.**

560 U.S. 935, 130 S. Ct. 3324, 176 L. Ed. 2d 1240, 2010 U.S. LEXIS 4203.

May 24, 2010. Petition for writ of certiorari denied. The Chief Justice took no part in the consideration or decision of this petition.

Same case below, 580 F.3d 1301.

**No. 09-10219. James Ray Phipps, Petitioner v. United States.**

560 U.S. 935, 130 S. Ct. 3336, 176 L. Ed. 2d 1240, 2010 U.S. LEXIS 4299.

May 24, 2010. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 595 F.3d 243.

**No. 09-10277. Carlos Soto-Lopez, aka Carlos Soto, aka Manuel Urias-Castro, aka Carlos Mendoza-Camacho, Petitioner v. United States.**

560 U.S. 932, 130 S. Ct. 3339, 176 L. Ed. 2d 1240, 2010 U.S. LEXIS 4296.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 361 Fed. Appx. 808.

**No. 09-10283. Junior Rojas, aka Ron John, aka Ron Joe, Petitioner v. United States.**

560 U.S. 936, 130 S. Ct. 3339, 176 L. Ed. 2d 1240, 2010 U.S. LEXIS 4326.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 361 Fed. Appx. 233.

**No. 09-10323. Norman B. Calvert, Petitioner v. United States.**

560 U.S. 936, 130 S. Ct. 3342, 176 L. Ed. 2d 1240, 2010 U.S. LEXIS 4209.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 351 Fed. Appx. 475.